United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    MAURICE LYDELL HARRIS,                    Case No. 21-cv-00283-HSG

8                Plaintiff,                    **ORDER GRANTING REQUEST TO
                                              RESET BRIEFING SCHEDULE**
9         v.
                                              Re: Dkt. No. 15
10   CLERIC MUHAMMAD, et al.,

11               Defendants.

12

13       Good cause being shown, Defendants' request to reset the briefing schedule is GRANTED.

14   Dkt. No. 15.  Defendants shall file their dispositive motion by November 4, 2022.  Plaintiff's

15   opposition to the dispositive motion must be filed with the Court and served upon Defendants no

16   later than 28 days from the date the motion is filed.  Defendants shall file a reply brief in support

17   of their dispositive motion no later than 14 days after the date the opposition is filed.  The motion

18   shall be deemed submitted as of the date the reply brief is due.  No hearing will be held on the

19   motion.  No further extensions of time will be granted.

20       This order terminates Dkt. No. 15.

21       **IT IS SO ORDERED.**

22   Dated:  5/26/2022

23

24                                            HAYWOOD S. GILLIAM, JR.
                                              United States District Judge
25

26

27

28