UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE LYDELL HARRIS,<br>Plaintiff,<br>v.<br>CLERIC MUHAMMAD, et al.,<br>Defendants. | Case No. 21-cv-00283-HSG<br><br>**ORDER REQUIRING RESPONSE FROM DEFENDANTS**<br><br>Re: Dkt. No. 17 |

Plaintiff has filed a motion for a temporary restraining order. Dkt. No. 17. Defendants are ordered to respond to this motion by June 29, 2022. The motion shall be deemed submitted as of this date. No hearing will be held on the motion unless otherwise ordered.

**IT IS SO ORDERED.**

Dated: 6/15/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge