UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE LYDELL HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>CLERIC MUHAMMAD, et al.,<br><br>Defendants. | Case No. 21-cv-00283-HSG<br><br>**ORDER GRANTING REQUEST FOR SCREENING AND FOR NEW DISPOSITIVE MOTION DEADLINE;VACATING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 26 |

Plaintiff, an inmate at San Quentin State Prison ("SQSP"), has filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's request for leave to file a second amended complaint, Dkt. No. 24, and Defendants' request that the Court screen the second amended complaint and set a new dispositive motion deadline, Dkt. No. 26. Good cause being shown, Defendants' request is GRANTED. Plaintiff's request for leave to file a second amended complaint is under submission. If the Court grants Plaintiff leave to file a second amended complaint, the Court will screen the second amended complaint pursuant to 28 U.S.C. § 1915A. The Court VACATES the current briefing schedule. The Court will set a new briefing schedule in the order screening the second amended complaint.

This order terminates Dkt. No. 26.

**IT IS SO ORDERED.**

Dated: 11/28/2022

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge