UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAURICE LYDELL HARRIS,

Plaintiff,

v.

CLERIC MUHAMMAD (K. FASISH), et al.,

Defendants.

Case No.  21-cv-00283-HSG

**ORDER STAYING ACTION; VACATING BRIEFING SCHEDULE**

Re: Dkt. No. 63

Good cause being shown, the Court GRANTS Defendants' request to stay this action while the parties engage in good-faith discussions to informally resolve the case.  Dkt. No. 63.  The Court ORDERS as follows.

1.      By May 22, 2026, the parties shall file a joint status report with the Court, reporting on the status of settlement negotiations and indicating how they wish to proceed.

2.      In light of the stay, the Court VACATES the deadlines set forth in the Court's March 9, 2026 Order (Dkt. No. 62).  If the parties are unable to resolve this case, the Court will reset those deadlines.

3.      The Clerk is directed to ADMINISTRATIVELY CLOSE this case until further order of the Court.

This order terminates Dkt. No. 63.

**IT IS SO ORDERED.**

Dated:   3/23/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge