UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAURICE LYDELL HARRIS,

        Plaintiff,

    v.

CLERIC MUHAMMAD (K. FASISH), et al.,

        Defendants.

Case No.  21-cv-00283-HSG

**ORDER GRANTING UNOPPOSED REQUEST TO EXTEND STAY**

Re: Dkt. No. 65

Good cause being shown, the Court GRANTS Defendants' unopposed request to continue the stay of this action.  The Court extends the stay through June 22, 2026.  The parties shall notify the Court promptly if the matter is resolved.  If the case is not settled by June 22, 2026, the parties shall file a joint status report with the Court, indicating how they wish to proceed with this action.

This order terminates Dkt. No. 65.

**IT IS SO ORDERED.**

Dated: May 29, 2026

HAYWOOD S. GILLIAM, JR.
United States District Judge