United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAURICE LYDELL HARRIS,

Plaintiff,

v.

CLERIC MUHAMMAD (K. FASISH), et al.,

Defendants.

Case No. 21-cv-00283-HSG

**ORDER EXTENDING STAY TO JANUARY 18, 2027**

The parties have informed the Court that they have resolved the case in its entirety and that they anticipate filing a stipulation of dismissal by January 18, 2027, when all terms of the agreement have been met. ECF No. 69. The Court therefore extends the stay of this case through January 18, 2027. By January 18, 2027, the parties shall file a stipulation of dismissal, or file a joint status report with the Court, indicating how they wish to proceed with this action.

**IT IS SO ORDERED.**

Dated: 7/27/2026

Haywood S. Gilliam, Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge